1 | WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
DANIEL E. WILCOXEN, SBN 54805
2 | MICHELLE C. JENNI, SBN 183292
2114 K Street
3 | Sacramento, CA 95816
Telephone: 916/442-2777
4 | Facsimile:  916/442-4118

5 | Attorneys for Plaintiff
LORENA ZABALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA ZABALA, | Case No. 2:07-CV-00823-MCE-DAD |
| Plaintiff, | **STIPULATION FOR CONTINUANCE AND ORDER** |
| vs. | |
| WALGREEN COMPANY, and DOES 1 through 100, inclusive, | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their attorneys of record that defendant's Motion for Summary Judgment hearing set for July 2, 2008, be vacated and continued to August 22, 2008.  This stipulation is made on the ground that good cause for the continuance exists, as shown in the declaration of Michelle C. Jenni filed herewith.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

STIPULATION FOR CONTINUANCE AND ORDER

1   IT IS FURTHER STIPULATED that the opposition and reply dates to defendant's

2   Motion for Summary Judgment remain the same as to the original hearing date.

3

4   Dated: June 23, 2008        WILCOXEN, CALLAHAN, MONTGOMERY & DEACON

5

6                                By:  /S/MICHELLE C. JENNI
                                      MICHELLE C. JENNI
7                                     Attorneys for plaintiff

8

9
    Dated: June 23, 2008        BERRY & BLOCK, LLP
10

11
                                 By:  /S/REX D. BERRY
12                                    REX D. BERRY
                                      Attorneys for defendant
13

14

15                              **ORDER**

16       The Court having considered the Stipulation for Continuance and finding good

17  cause to grant the Stipulation Continuance as follows:

18       That the currently scheduled Motion for Summary Judgment hearing date of

19  July 2, 2008, be vacated and continued to August 22, 2008, and that the opposition and

20  reply dates to defendant's Motion for Summary Judgment remain the same as to the

21  original hearing date.

22       IT IS SO ORDERED.

23   Dated: June 26, 2008

24

25

26                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
27

28

                                    2

                    STIPULATION FOR CONTINUANCE AND ORDER